# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Bennie R. Ezell, Sr.** / **Debra A. Ezell**, Debtor(s)

Case No. **14-43098-T**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, a copy of **First Debtors Chapter 13 Confirmation Hearing Statement with matrix** was served electronically or by regular United States mail to all interested parties, the Chapter 13 Trustee, to the U.S. Trustee and all creditors listed below.

- 36th District Court
- American Express
- American Express
- Ashley Stewart
- Atlantic Crd
- Bank of America
- Bank Of America
- Bluegreen Corp
- Buckles & Buckles
- Cap One
- Cap One
- Cap One
- Capital 1 Bank
- Capital 1 Bank
- Chase
- Chase Mht Bk
- Citibank Usa
- Comenity Bank/The Sports Authority (TSA)
- Commercial Recovery Corporation
- Commercial Recovery Corporation
- Commercial Recovery Systems, Inc.
- Commercial Recovery Systems, Inc.
- Commercial Recovery Systems, Inc.
- Commercial Services Group
- Credit Acceptance
- Dsnb Macys
- Ford Motor Credit Corporation
- Gemb/walmart
- Green Tree Servicing L
- Hccredit/feb
- Midland Funding
- Portfolio Recovery
- Santander Consumer Usa
- Sears/cbna
- Shell Oil / Citibank
- State of Michigan
- Third Party Withholding Unit
- Web Bank
- Zale/cbsd
- Bennie and Debra Ezell

/s/ Patricia E. Montgomery
**Patricia E. Montgomery**
**BABUT LAW OFFICES, PLLC.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000 Fax:(734) 485-6251**
**pmontgomery@babutlaw.com**