# United States Bankruptcy Court
## Eastern District of Michigan

In re: Bennie R. Ezell, Sr.
Debra A. Ezell
Debtor(s)

Case No. 14-43098
Chapter 13

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.
2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ....
   - B. Prior to filing this statement, received ....
   - C. The unpaid balance due and payable is ....

   [X] **RETAINER**
   - A. Amount of retainer received .... 1,100.00
   - B. The undersigned shall bill against the retainer at an hourly rate of $ 240.00 . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ 281.00 of the filing fee has been paid.
4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - E. Reaffirmations;
   - F. ~~Redemptions;~~
   - G. ~~Other;~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

6. The source of payments to the undersigned was from:
   - A. XX Debtor(s)' earnings, wages, compensation for services performed
   - B. ___ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: December 3, 2014

/s/ Thomas Paluchniak
Attorney for the Debtor(s)
Thomas Paluchniak P70284
BABUT LAW OFFICES, PLLC.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000 wbabut@babutlaw.com

Agreed: /s/ Bennie R. Ezell, Sr.
Bennie R. Ezell, Sr.
Debtor

/s/ Debra A. Ezell
Debra A. Ezell
Debtor

Exhibit C

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

14-43098-tjt   Doc 82-1   Filed 12/16/14   Entered 12/16/14 11:34:47   Page 1 of 4

# BABUT LAW OFFICES, PLLC

Attorneys and Counselors at Law

700 Towner Street, Ypsilanti, MI 48198 - (734) 485-7000 Fax (734) 485-6251

William C. Babut, Esq.
J. Gregory Frye, Esq.
Thomas Paluchniak

Patricia Montgomery
Legal Sec. and Mgr.

December 8, 2014

Bennie and Debra Ezell
3195 S. Beatrice St.
Detroit, MI 48217

RE: Your Bankruptcy

Dear Mr. and Mrs. Ezell:

Enclosed please find a copy of the First Application for Approval of Payment for Pre and Post Confirmation Attorney Fees as an Administrative Expense Through Chapter 13 Plan Pursuant to L.B.R. 9014-1 (E.D.M.) from 1/9/14 through 12/3/14. If you wish to allow the courts to enter an order granting our fees, please sign this letter and return it to our office. If you DO NOT wish for the courts to enter an order granting our fees then you must file a written statement and/or objection and file it with the court within the time indicated on the Notice of First Application for Approval of Payment for Pre and Post confirmation Attorney Fess as an Administrative Expense Through Chapter 13 Plan Pursuant to L.B.R. 9014-1 (E.D.M.) from 1/9/14 through 12/3/14.

If you have any further questions and/or concerns, please do not hesitate to contact me. Thank you for your prompt attention.

Sincerely,

Patricia Montgomery
Office Manager

/pm
cc: file
Dated:

_____
Bennie Ezell, Debtor

_____
Debra Ezell, Spouse

Exhibit E

## CASE PROFILE - 14-43098



| | |
|---|---|
| Balance On Hand | $5,928.63 |
| Last Receipt Date | Wednesday, November 05, 2014 |
| Last Receipt Amount | $853.08 |
| Last Disburse Date | Tuesday, July 01, 2014 |
| First Meeting Date | Tuesday, April 15, 2014 10:00 AM |
| Petition Filed Date | Friday, February 28, 2014 |
| Total Paid In | $6,787.32 |
| Total Disbursed | $858.69 |
| Attorney | Babut Law Offices, PLLC |
| Judge | THOMAS J. TUCKER |
| Proposed Length of Plan | 60 |
| Months Remaining (Calculated - may not be accurate) | 0 |
| Unsecured Percent | 4.90% |
| Bar Check Flag | No |
| Disburse Flag | No |
| Months Since Confirmation | |
| Months Since Petition Filed | 10 |





## CASE DETAIL

| | |
|---|---|
| Debtor Type | Individual |
| Trustees Percent | 5.40% |
| Total Paid To Trustee | $46.37 |
| Hold Permanent | $0.00 |
| Hold Temporary | $853.08 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

## CODES AND FLAGS

| | |
|---|---|
| Region | 1 |
| District | Eastern District of Michigan |
| Division | Southern Division - Detroit |
| End Digit | 98 |
| Tax Refund % | 100 |
| Amt of hold perm req'd per plan for Atty | 3,000.00 |
| 341 Room | D |
| 3015 | 1 |

### DEBTOR1 - BENNIE R. EZELL, SR.

| | |
|---|---|
| Address 1 | 3195 S. Beatrice St. |
| Address 2 | |
| Address 3 | Detroit MI |
| Zip Code | 48217-0000 |
| SSN | xxx-xx-8800 |
| AKA | |
| DBA | |

### DEBTOR2 - DEBRA A. EZELL

| | |
|---|---|
| Address 1 | 3195 S. Beatrice St. |
| Address 2 | |
| Address 3 | Detroit MI |
| Zip Code | 48217-0000 |
| SSN | xxx-xx-2115 |
| AKA | |
| DBA | |

## DATES AND TIMES

| | |
|---|---|
| Date Plan Filed | Friday, February 28, 2014 |
| Petition Filed Date | Friday, February 28, 2014 |
| First Meeting Date | Tuesday, April 15, 2014 10:00 AM |
| First Payment Due Date | Sunday, March 30, 2014 |
| Confirmation Hearing Date | Thursday, May 29, 2014 10:00 AM |
| Confirmation Date | |
| Show Cause Date | |
| Probation Date | |
| Last Letter Date | |
| Closing Order Date | |
| Cleared Date | |
| Claims Bar Date | Monday, July 14, 2014 |
| 1st Adj First Meeting Date | Tuesday, May 06, 2014 11:00 AM |
| 1st ADJ Conf Hearing Date | Thursday, July 10, 2014 |
| Last Scheduled Conf Hrg Date Adj | Thursday, November 20, 2014 |

## ADDITIONAL AMOUNTS

## DEBTOR PAY SCHEDULE

DEBTOR DIRECT paying **$853.08** MONTHLY for Bennie R. Ezell, Sr.

Exhibit E

# PAYMENT SCHEDULES - CASE 14-43098

Printer Friendly

Which Debtor: **Bennie R. Ezell, Sr.**

Schedule Number: 1

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 3/30/2014 | 4.00 | $695.79 | MONTHLY | DEBTOR DIRECT | 3/14/2014 | None |
| 7/30/2014 | end of plan | $853.08 | MONTHLY | DEBTOR DIRECT | 7/22/2014 | None |

**Delinquency Information**

% of Total Received: 96.29

Click to View Debtor schedules.

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 3/2014 | $695.79 | $675.00 | $20.79 |
| 2 | 4/2014 | $695.79 | $675.00 | $41.58 |
| 3 | 5/2014 | $695.79 | $675.00 | $62.37 |
| 4 | 6/2014 | $695.79 | $675.00 | $83.16 |
| 5 | 7/2014 | $853.08 | $675.00 | $261.24 |
| 6 | 8/2014 | $853.08 | $853.08 | $261.24 |
| 7 | 9/2014 | $853.08 | $853.08 | $261.24 |
| 8 | 10/2014 | $853.08 | $853.08 | $261.24 |
| 9 | 11/2014 | $853.08 | $853.08 | $261.24 |
| 10 | 12/2014 | | | $261.24 |

**Total Delinquent Amount: $261.24**

Exhibit G